# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3259
LT Case No. 2023-CF-0036258-B

———————————————

WILLIAM TRENT GAUDIO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Lisa Diane Herndon, Judge.

Jonathan Edwin Mills, of Law Office of Jonathan Mills, Orlando
and Gregg R. Brennan, of Law Offices of Gregg R. Brennan, P.A.,
Weirsdale, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

March 31, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____